# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ILIR KAMBO,<br>  *Plaintiff*,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>*Acting Commissioner, Social Security Administration*,<br>  *Defendant*. | No. 3:17-cv-992 (VAB) |

## ORDER TO AMEND CASE CAPTION

Sworn in on June 17, 2019, Andrew M. Saul is now the Commissioner of the Social Security Administration.[1]

Under Rule 25(d) of the Federal Rules of Civil Procedure, when a party in an official capacity resigns or otherwise ceases to hold office while the action is pending, the officer's successor is automatically substituted as a party, regardless of the party's failure to so move or to amend the case caption. FED. R. CIV. P. 25(d). The Court also may also order the substitution of a party at any time. *See Williams v. Annucci*, 895 F.3d 180, 187 (2d Cir. 2018); *Tanvir v. Tanzin*, 894 F.3d 449, 459 n.7 (2d Cir. 2018).

Accordingly, the Clerk of the Court is respectfully directed to amend the docket and case caption to reflect that Andrew M. Saul, Commissioner of the Social Security Administration, is now the named Defendant in this action.

**SO ORDERED** at Bridgeport, Connecticut, this 9th day of July, 2019.

             /s/ Victor A. Bolden
             VICTOR A. BOLDEN
             UNITED STATES DISTRICT JUDGE

---

[1] *See* Commissioner Bio, accessed Jul. 9, 2019, https://www.ssa.gov/agency/commissioner.html; Press Release, Social Security Administration, Social Security Welcomes its New Commissioner (Jun. 17, 2019), https://blog.ssa.gov/social-security-welcomes-its-new-commissioner/.